```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN A. GULSETH, CA SBN 160872
Special Assistant United States Attorney

     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8923
     Facsimile:  (415) 744-0134
     E-Mail: Geralyn.Gulseth@ssa.gov
```

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBI L. MECKLEY,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO.  1:10-cv-01994-SKO<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

The ALJ will be directed to obtain supplemental vocational expert testimony to evaluate whether the Medical Vocational Rules mandate a finding of disability beginning on November 11, 2009.  The ALJ will also be directed to further evaluate whether the Plaintiff's earnings of $3,979.60 in 2003 met the substantial gainful activity level, and

whether this work in 2003 constitutes past relevant work. The Appeals Council and/or ALJ may take any additional action deemed warranted by the evidence to issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

This case is to be administratively closed.

Respectfully submitted,

Dated: May 16, 2011            /s/ *Young Chul Cho*
                               (As authorized via e-mail)
                               Young Chul Cho
                               Attorney for Plaintiff

Dated: May 16, 2011            BENJAMIN B. WAGNER
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/ *Geralyn A. Gulseth*
                               GERALYN A. GULSETH
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   May 17, 2011**            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE